UNITED STATES of America,
Plaintiff–Appellee

v.

Juan Jose ESTRADA, Defendant–Appellant.

No. 14–40857
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 15, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, H. Michael Sokolow, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, Juan Jose Estrada, Big Spring, TX, pro se.

Before JONES, SOUTHWICK, and COSTA, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Juan Jose Estrada has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Estrada has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Estrada's response. We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Estrada's pro se motion to remand the case is DENIED.

Before JONES, SOUTHWICK, and COSTA, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.